

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-14-00807-CV

Brad and Randi **AERY**, and the House Intervenors Lloyd House, Robert Eugene House, Magdalen House, Judith Ann House, Wayne House, Jimmy R. House, Edna Pawelek Ulbrich, Peter Pawelek, Jesse Pawelek, Ruby Pawelek Schumacher, Elizabeth Pawalek Reigh, Roy Mitchell Pawelek, Darlene Robinson Williams, Diane Fischer Casey, Mary Kay Fischer Adams and Arley House
Appellants

v.

**HOSKINS, INC.,** et al,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-12-0045-CV-A
Starr Boldrick Bauer, Judge Presiding

## ORDER

The Appellee Blake C. Hoskins' Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to May 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Daniel Pozza              Bruce D. Oakley

       Ellen Mitchell            David William Navarro

       Ezra Johnson              Conner Jackson

       R. Clay Hoblit            C. David Kinder

       Jason Allen Newman        Rosemarie Kanusky